SADIE E. HOFFMAN, as Administratrix of the Estate of CHARLES R. HOFFMAN, Deceased, et al., Respondents, *v.* COLUMBIA-KNICKERBOCKER TRUST COMPANY, Appellant.

*Hoffman* v. *Columbia-Knickerbocker Trust Co.*, 168 App. Div. 898, affirmed.

(Argued November 26, 1917; decided December 11, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 17, 1915, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The Toledo Interurban Construction Company had obtained a loan from the defendant and had pledged as security therefor 333 bonds of the Toledo, Port Clinton and Lakeside Railway Company. Plaintiff Hoffman sued the construction company and sought to attach the surplus value of the bonds in defendant's possession. Later, having recovered a judgment against the construction company, plaintiff brought this action against defendant in aid of an execution against the pledged property. One hundred and thirty-three of the bonds were delivered by defendant to the pledgor on partial payments in performance of an agreement entered into and partially executed before plaintiff's writ of attachment was served. The pledgor then went into the hands of a receiver, and the 200 remaining bonds, on being sold by defendant, were insufficient to pay defendant's claim. The court, at Special Term, decreed that defendant either deliver to plaintiff the 133 bonds already

delivered by it to the pledgor, or pay the entire amount of plaintiff's judgment.

*Martin A. Schenck* and *Julien T. Davies* for appellant. *Edward Stetson Griffing* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.